37

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Asisa Bass

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v. Transunion Consumer Agency

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 5:25-cv-11767
Assigned To : Levy, Judith E.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 6/12/2025
Description: CMP BASS v
TRANSUNION CONSUMER AGENCY (JP)

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ASIA BASS |
| Street Address | 19101 mccormick |
| City and County | Detroit, Wayne |
| State and Zip Code | MICHIGAN, 48224 |
| Telephone Number | 313-657-7807 |
| E-mail Address | ASIA_BASS@AOL.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TransUnion |
| Job or Title (if known) | registered Agent The Prentice-hall |
| Street Address | 251 little Falls Drive |
| City and County | Wilmington |
| State and Zip Code | DE 19808 |
| Telephone Number | |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name                       _____

    Job or Title           _____
    (if known)

    Street Address       _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

    E-mail Address      _____
    (if known)

Defendant No. 4

    Name                       _____

    Job or Title           _____
    (if known)

    Street Address       _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

    E-mail Address      _____
    (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: 15,000 BECAUSE IT CAUSED FINANCIAL HARM AND HARM TO MY FINANCIAL REPUTATION INCREASED FINANCIAL STRAIN EMOTIONAL DISTRESS. I KEEP GETTING DENIED CREDIT LOANS, CARDS,

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON MARCH 25, 2025 I MADE A COMPLAINT WITH FCRA ABOUT TRANSUNION TO DISPUTE THE FOLLOWING INACCURATE INFORMATION OF MY TRANSUNION CREDIT FILE. INSTEAD DELETE THEY UPDATED MY REPORT WITH THE SAME INACCURATE ACCOUNTS REPORTING. TRANSUNION PROCEEDED TO MAIL ME IDENTITY THEFT NOTICE WHICH I DID NOT REQUEST. NO, THEY DID NOT INVESTIGATE AT ALL. AS 30 DAYS WENT BY WITH STILL NO SOLUTION I PLAINTIFF CONTINED TO SEND DEMAND FOR METHOD INVESTIGATION ON APRIL 23, 2025 LETTER WAS CFPB COMPLAINT FILED BY ME. IN 2020 A CIVIL LAWSUIT AGAINST TRANSUNION WAS FILED NOMAN V STRANSUNION AS PART OF A SETTLEMENT REACHED IN THAT CASE FCRA VIOLATION 15 U.S.C 1681

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual Damages in an amount to be Determined at trial. Financial harm, emotional Distress reputational harm totaling $10,000 Statutory Damages up to 1,000 pursuant to 15 U.S.C 1681N. Willful violations of the FCrA. Plaintiff Demands trial By Jury on all issues so triable. Any other relief the court Deems Just Proper. Delete credit acceptance reporting inaccurate information AND others following

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/12/2025 , 20 25

Signature of Plaintiff _____

Printed Name of Plaintiff ASISA BASS _____

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

TRANSUNION AGREED to Delete
Credit ONE UNION ACCt # ~~CRDOOOXXX~~ X USSP7
Delete Self FINANCIAL ACC# CRDOOOXXX
Delete Credit Acceptance ACC#108219XXX
Dispite the settlement AGGreement, the
same ACCounts@ is still reporting. June 2025.
Plaintiff Promptly DISCOVERED the error AND
has suffered harm As result INCLUDING
reduceD Credit score.
DeNIAl of Credit opportunities
INCReaseD FINANCIAl STRAIN AND emotional
Distress. TRANSUNION FAILED to remove ACCounts
IN VIOlATION of its OBliGAtions UNDer FCRA.

7

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Pursuant to 15 U.S.C 1681P AND 28 U.S.C 1331, AS this ACTION Arises UNDER FAir Credit reporting ACt, A FEDERAL Statute.

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* TOSHA BASS
        is a citizen of the State of *(name)* DETROIT, MICHIGAN

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b.  If the defendant is a corporation
        The defendant, *(name)* TRANSUNION, is incorporated
        under the laws of the State of *(name)* DELAWARE, and
        has its principal place of business in the State of *(name)*
        WIMINGTON DE. Or is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4



# M Gmail

## Court Ordered Settlement Notice

1 message

**Norman v TransUnion** <Norman_v_TransUnion@transuniondisputeclassaction.mailrt.com>
Reply-To: Norman v TransUnion <reply-368560.2185!@transuniondisputeclassaction.mailrt.com>
To: asiabass9@gmail.com

asia bass <asiabass9@gmail.com>

Tue, Mar 25, 2025 at 11:13 AM

| | |
|---|---|
| ASISA DAYNA BASS<br>19101 MCCORMICK ST<br>DETROIT, MI 48224-1017 | **Notice ID:** 30329234<br>**PIN:** 295 132 633 |

**EMAIL NOTICE**

## LEGAL NOTICE OF CLASS ACTION SETTLEMENT

**You are receiving this notice because you are a member of a class action lawsuit and you have a legal claim described in this Notice. You are entitled to benefits from a proposed class action settlement.**

**This is a court-authorized notice describing the settlement and your rights. This is not a solicitation from an attorney, and you are _not_ being sued.**

**PLEASE READ THIS NOTICE CAREFULLY, AS IT EXPLAINS YOUR RIGHTS AND OPTIONS AND THE DEADLINES TO EXERCISE THEM.**

A settlement has been reached in a class action lawsuit asserting Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") violations against Trans Union, LLC ("Trans Union") based on the claim that Trans Union did not conduct a reasonable investigation of disputes of hard inquiries in credit files, or in the alternative, did not remove the disputed hard inquiries from credit files. Specifically, Plaintiff Duane Norman, Sr. asserts that, after he submitted a dispute to Trans Union that this credit report was obtained without a permissible purpose, Trans Union did not contact the company that requested the credit report, nor did it remove the hard inquiry he disputed. Instead, Trans Union

mailed a "502 Letter" to Mr. Norman and the other class members, including you.

Plaintiff's legal claim is that Trans Union violated a federal law called the FCRA. Plaintiff alleges that Trans Union acted in the same way with respect to other individuals, called the "Class." The lawsuit is known as *Norman v. Trans Union, LLC*, Civil Action No. 2:18-cv-05225-GAM (E.D. Pa.). On August 14, 2020, the Court decided that the case will go forward as a class action. More information about the claims in the case and why the Court allowed the lawsuit to proceed as a class action is available at www.transuniondisputeclassaction.com.

Trans Union has denied and continues to deny Plaintiff's and the Class's allegations or that it has violated the FCRA or engaged in any wrongful acts. Nevertheless, the parties have agreed to resolve the claims of a group of consumers defined as:

All consumers with an address in the United States and its territories to whom Trans Union sent its "502 Letter" in response to a written dispute of an inquiry from December 5, 2016 to January 31, 2025.

**According to Trans Union's records, you are a member of this group.** You may have previously received a notice regarding this case in March 2021.

To resolve the lawsuit, Trans Union has agreed to make changes to its practices for handling disputes of and/or challenges to hard inquiries and to pay $23 million for the creation of a settlement fund that will be used for class member payments, administrative costs, attorneys' fees, litigation expenses, and a service award to Plaintiff. A summary of the terms of the settlement and your rights and options is below – please read it carefully and note the deadlines to take action.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING AND RECEIVE A CHECK** | If you do not exclude yourself from the settlement, you will receive a settlement payment automatically. The amount of the payment is expected to be approximately $20.00-30.00, depending on the number of claims submitted. |

| | |
|---|---|
| | If the Court approves the settlement and it becomes final and effective, a check will be mailed to the address maintained by Trans Union for you, and you will give up your right to bring your own lawsuit against Trans Union about claims related to the inquiry you disputed and/or challenged with Trans Union.

You may update and/or confirm your address with the Settlement Administrator at the case website located at www.transuniondisputeclassaction.com. |
| **MAKE A CLAIM TO RECEIVE A HIGHER PAYMENT** | If you experienced certain harms as a result of Trans Union's alleged violation of the FCRA, you can make a claim for a higher payment on the case website located at www.transuniondisputeclassaction.com. The higher payment will be calculated based on how many valid claims are received and is expected to be up to $160.00. **You must submit a claim by June 24, 2025.** |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | You may exclude yourself from the settlement if you wish. In doing so, you will receive no benefits from the lawsuit. This is the only option that will retain your right to bring your own lawsuit against Trans Union about these claims. You must request exclusion by **June 24, 2025** For more information about how to exclude yourself, see the case website located at www. transuniondisputeclassaction.com. |
| **OBJECT** | You may object to any of the terms of the settlement, including the proposed award of attorneys' fees and expenses of up to $7,966,667.00, and/or the separate service award to the Plaintiff of $50,000.00. More information on these awards, including Class Counsel's request for fees which will be available on June 10, 2025, is available at the case website located at www. transuniondisputeclassaction.com.

Your deadline to object is **June 24, 2025**. You must do so by writing to the Settlement Administrator, and to the Court. For more information about how to submit an objection and what you must include go to the case |

website located at   www.transuniondisputeclassaction.com.

| | |
|---|---|
| **GO TO A HEARING** | You may speak at the final approval hearing if you submit an objection by **June 24, 2025** and mail in a letter saying that you would like to appear and be heard at the hearing.   The final approval hearing will be on **Monday, July 21, 2025, at 10 a.m., in Courtroom 9-B of the United States District Court, Eastern District of Pennsylvania, U.S. Courthouse, 601 Market Street, Philadelphia, PA.** |

If you have questions, please visit the case website at www.transuniondisputeclassaction. com. You may also write with questions to the Settlement Administrator or email the Settlement Administrator at info@transuniondisputeclassaction.com. Please do not contact Trans Union or the Court for information.

Norman v Transunion Settlement
8011 Philips Highway, STE 5
Jacksonville, FL  32256

Click here to stop future mailings

Asisa Bass
19101 McCormick st
DETROIT MI 48224
Asia_bass@aol.com
313-657-7807
March25,2025

TRANSUNION
251 LITTLE FALLS DRIVE
WILMINGTON,DE 19808

Subject: Dispute of Inaccurate Information Under the FCRA

DEAR TRANSUNION

I am writing to formally dispute inaccurate information on my credit report under my rights provided by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq. Please consider this letter a dispute under 15 U.S.C. § 1681i and conduct a reasonable reinvestigation into the following inaccurate items:

1. [Self Financial/Lead BA account # CRD000XXXX]

• Error: [e.g., "This account reporting Past DUE CHARGE OFF Which means the account is SOLD.

FCRA Violation: Failure to remove fraudulent or unverifiable accounts (15 U.S.C. § 1681i(a)).

2. CREDIT UNION ONE-CK     account#655127X

Error: REPORTING COLLECTIONS -This is not my account I have never used this bank please verify account.

FCRA Violation: Failure to remove fraudulent or unverifiable accounts (15 U.S.C. § 1681i(a)).

3. Credit Acceptance Corp account#108219XXX

Error: This account is reporting Repossession 6,271 past Due /Account closed it is reporting 15 U.S.C. § 1681e(b)- requirement of accuracy

Please send me an updated copy of my credit report reflecting these corrections. You may respond in writing at the address listed above.

Supporting Documents

I have attached copies of [mention supporting documents such as your credit report, account statements, payment confirmations, or identity verification documents] to assist in your investigation.

Legal Obligations Under the FCRA

Under 15 U.S.C. § 1681i, you are required to:
1. Conduct a reasonable reinvestigation of my dispute within 30 days.
2. Delete or correct any inaccurate, incomplete, or unverifiable information.
3. Provide me with a copy of the results of your investigation.

Failure to comply with these requirements constitutes willful or negligent noncompliance with the FCRA and may result in legal action.

Please send me an updated copy of my credit report reflecting these corrections. You may respond in writing at the address listed above.

ASISA BASS

19101 MCCORMICK ST

DETROIT MI 48224

ASIABASS9@GMAIL.COM

313-657-7807

04/23/2025

TRANSUNION LLC

251 LITTLE FALLS DRIVE

WILMINGTON, DE 19808

Subject: Demand for Method of Investigation Under the FCRA

Dear TRANSUNION

I am writing in response to your recent communication regarding my dispute of inaccurate information on my credit report. You provided me with an updated report but failed to remove the disputed inaccuracies.

Under 15 U.S.C. § 1681i(a)(6)(B)(iii) of the Fair Credit Reporting Act (FCRA), I have the right to request and receive a detailed description of the procedures used in your reinvestigation, including:

1. The steps you took to verify the accuracy of the disputed information.

2. The parties you contacted during the investigation.

3. Copies of any documentation used to verify the disputed information.

The FCRA requires that credit reporting agencies conduct a reasonable reinvestigation of disputed information. If you failed to conduct a thorough investigation, you are in violation of 15 U.S.C. § 1681i(a) and 15 U.S.C. § 1681e(b), which may result in legal action.

Please provide the required details regarding your investigation within 15 days of receiving this letter. If you fail to do so, I will escalate this matter by filing complaints with the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission

BACK PAGE

(FTC), and my state attorney general's office. Additionally, I will consider pursuing legal action for noncompliance with the FCRA.

I expect a prompt response and full compliance with my request. Please send your response in writing to the address listed above.

2

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com* .

Wilmington DE 19808

| Certified Mail Fee | $4.85 | |
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | $2.04 | |
| $ | | |
| Total Postage and Fees | | |
| $ | $6.89 | |

Postmark
APR 30 2025
04/30/2025
DETROIT MI 48205
OAK GROVE P.O.S. OFFICE 48205

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

**File Number:** 433959724
**Page:** 1 of 1
**Date Issued:** 4/18/2025

**TransUnion.**

PLPOBE00108026-I017113-234759360

ASISA DAYNA BASS
19101 MCCORMICK ST
DETROIT, MI 48224-1017

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Remedying the Effect of Identity Theft

We understand identity theft can be a scary issue, and we're here to help. As part of the fraud resolution process, you are entitled to a copy of your rights under the Fair Credit Reporting Act, which is attached below. We know this issue can be challenging and this summary is designed to help you recover.

Your Rights
The Fair Credit Reporting Act outlines the rights that identity theft victims, and those who believe they are victims, have. Here is a quick overview of the attached Summary of Rights.

You have the right to:
- Add a fraud alert to your credit report
- Get a free copy of your credit report
- Obtain documents relating to fraudulent accounts or transactions from a creditor or other business
- Obtain information from a debt collector
- Block fraudulent information from your credit report
- Stop a company from reporting information resulting from identity theft

To learn more, please read the attached Summary of Rights in full.



We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 680-7289
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 433959724.

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency.  The business will expect you to identify what information you do not want reported and to provide an identity theft report.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent.  However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.  An initial fraud alert is a 1-year alert that is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law.  For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections.  They are described in more detail at www.consumerfinance.gov/learnmore.

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**ALLSTATE CREDIT BUREAU #65512**\*\* ( 22000 SPRINGBROOK AVE, STE 201, FARMINGTON, MI 48336, (248) 354-0500 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 05/14/2023 | Balance: | $1,224 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 04/13/2025 | Date Closed: | 03/30/2025 |
| Account Type: | Open Account | Original Amount: | $1,224 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | CREDIT UNION ONE CK (Credit Union) | | |
| | | Past Due: | >$1,224< | | |

**Remarks:** >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 09/2029

**CREDIT ACCEPTANCE CORP #10821**\*\*\*\* ( POB 5070, SOUTHFIELD, MI 48086-5070, (800) 634-1506 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Maximum Delinquency; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 01/13/2023 | Balance: | $21,889 | Pay Status: | >Repossession< |
| Responsibility: | Joint Account | Date Updated: | 03/13/2025 | Terms: | $499 per month, paid Monthly for 69 months |
| Account Type: | Installment Account | Payment Received: | 11/20/2024 ($0) | | |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 11/20/2024 | Date Closed: | 03/13/2025 |
| | | High Balance: | $19,034 | | >Maximum Delinquency of 120 days in |
| | | Past Due: | >$6,271< | | 12/2023 and in 02/2025< |

**Remarks:** >REPOSSESSION<
Estimated month and year that this item will be removed: 06/2030

| | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | 90 | 60 | 30 | 30 | OK | OK | OK | OK |

| | 02/2023 |
|---|---|
| Rating | OK |

**SELF FINANCIAL INC / LEAD BANK #CRD0000000054813**\*\*\*\* ( 901 E 6TH STREET, SUITE 400, AUSTIN, TX 78702, (877) 883-0999 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 01/05/2023 | Balance: | $49 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 04/22/2025 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Payment Received: | 06/17/2023 ($0) | Date Closed: | 06/16/2023 |
| Loan Type: | SECURED CREDIT CARD | Last Payment Made: | 06/17/2023 | | >Maximum Delinquency of 120 days in |
| | | High Balance: | $189 | | 11/2023 and in 12/2023< |
| | | Original Charge-off: | $49 | | |
| | | Credit Limit: | $175 | | |
| | | Past Due: | >$49< | | |

**Remarks:** >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 07/2030

| | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|
| Rating | OK | OK | OK |

**File Number:** 433959724
**Date Issued:** 04/29/2025

Page 7 of 7

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

# Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>  1700 G Street, NW,<br>  Washington, DC 20552<br><br>b. Federal Trade Commission<br>  Consumer Response Center<br>  600 Pennsylvania Avenue, NW,<br>  Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>  Customer Assistance Group<br>  P.O. Box 53570<br>  Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>  PO Box 1200<br>  Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>  Consumer Protection<br>  National Center for Consumer<br>  and Depositor Assistance<br>  Federal Deposit Insurance<br>  Corporation<br>  1100 Walnut Street, Box #11<br>  Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>  Office of Consumer Financial Protection<br>  1775 Duke Street<br>  Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |

## SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit <u>www.consumerfinance.gov/learnmore</u>, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at <u>www.consumerfinance.gov/learnmore</u>.

# Credit Fraud Prevention Toolkit

## Stop fraud before it happens — control the damage if it does

### PROTECT YOURSELF AGAINST CREDIT FRAUD

**Know your credit report**
Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

**Your rights under the FACT Act**
The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

**Guard your identity**
Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

**Memorize PINs and passwords**
Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

**Avoid credit repair scams**
So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

**Protect your information**
Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

**Watch for the signs**
The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

**Act quickly**
If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| TransUnion | Experian | Equifax |
|---|---|---|
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

**Contain, restore, and rebuild**
*Steps to recover from credit fraud*

**Step 1: Add a fraud alert**
Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

**Step 2: Inspect your credit reports**
Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

**Step 3: Report the fraud**
Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

**Step 4: Contact credit financial institutions**
Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

# Credit Fraud Prevention Toolkit

**tep 5:  Checks and social security number**

otify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by lling the numbers below:

| | |
|---|---|
| ocial Security Administration<br>ww.ssa.gov | (800) 269-0271 |
| :AN<br>ww.consumerdebt.com | (800) 262-7771 |
| ieckrite/Global Payments<br>ww.globalpaymentinc.com | (800) 638-4600 |
| :leCheck<br>ww.telecheck.com | (800) 710-9898 |
| iexSystems/E-Funds<br>ww.chexhelp.com | (800) 328-5121 |

*# 163309*

**et help to rebuild**

you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, employers, banks, insurers, and other oups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit <u>www.relydata.com</u>

## ROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY

**revent identity fraud and keep your credit safe**

a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. om   preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, e TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain edit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and 'en prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting lurself from credit fraud.

**:n steps to prevent identity fraud**

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or Internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch emails from www.transunion.com

insumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

iestions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance :partment today.



***AUTO**5-DIGIT 48224
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

**File Number:** 639252726
**Page:** 1 of 2
**Date Issued:** 5/7/2025

**TransUnion.**

PLSYCO00108882-I017763-236234562

ASISA DAYNA BASS
19101 MCCORMICK ST
DETROIT, MI 48224-1017

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Investigation Procedure

TransUnion reviews and considers all relevant information you provide when you open a dispute. Based on this information, we take one or more of the following actions:

- Update your credit report based on the information you provided; OR
-     Determine that the information you disputed either does not appear on your credit file or already shows the requested status; OR
-     Determine that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication is sent to you listing those items along with the data furnisher's contact information; OR
-     Open an investigation with the data furnisher reporting the information you disputed and ask them to do all of the following:
- Review relevant information we send them, including any provided documents
- Investigate your dispute and verify whether the information they report is accurate
- Provide us a response to your dispute and update any other information
- Update their records and systems, if necessary

How Does the Investigation Work?
-     We contact each business or financial institution reporting the information you disputed, provide them with all relevant information regarding your dispute and request that they verify the accuracy and/or completeness of the information.
- For public record information, TransUnion, or a third party we hire, checks the applicable court records to verify the accuracy and/or completeness of the disputed information.
-     Once the responses are received, we review them and update the disputed information accordingly. Changes made to your credit report are reflected on the Investigation Results document sent to you at the conclusion of the investigation.

If you have questions regarding the results of the investigation, please contact the creditor(s) directly. The business name, address, and, if available, telephone number of the source(s) of information contacted in connection with your dispute can be found in the Investigation Results document sent at the conclusion of the investigation.

If you need to dispute again in the future, you can do so online at dispute.transunion.com.

We're here to help. Should you have any further questions please contact us at:



- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 433959724.

*** 433959754-04* **:-
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

04/29/2025


**Information for Good.**

PLREOV00201040-I015271-235195139

ASISA DAYNA BASS
19101 MCCORMICK ST
DETROIT, MI 48224-1017

Dear ASISA DAYNA BASS,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3.  Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    *   Review relevant information we sent them, including any provided documents
    *   Investigate your dispute and verify whether the information they report is accurate
    *   Provide us a response to your dispute and update any other information
    *   Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received and Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

# TransUnion Credit Score
ASISA DAYNA BASS

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>04/29/2025 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## About your TransUnion Credit Score
TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as 'point-of-sale installment loans,' on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later data may be factored into credit scores and credit decisions (for example, account opening or account review decisions). If you have questions please visit https://www.transunion.com/buy-now-pay-later to learn more.

## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: *Wayne*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Aisha Bass*

**DEFENDANTS**
*Transunion*

**(b)** County of Residence of First Listed Plaintiff *Wayne*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets Act of 2016 | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability / [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| *480* | / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*15 U.S.C. 1681*
Brief description of cause: *Violated consumer rights*

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *15,000*

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes

   If yes, give the following information:                          ☒ No

   Court: _____

   Case No.: _____

   Judge: _____


2.        Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other   ☐ Yes
            court, including state court? (Companion cases are matters in which  ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


Notes : _____