UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Asisa Bass,

                Plaintiff,      Case No. 25-11767

v.                               Judith E. Levy
                                United States District Judge

Transunion,
                                Mag. Judge Curtis Ivy, Jr.

                Defendant.

_____/

## OPINION AND ORDER STRIKING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [2]

*Pro se* Plaintiff Asisa Bass filed this action on June 12, 2025. (ECF No. 1.) On the same day, Plaintiff filed an application to proceed without prepaying fees or costs. (ECF No. 2.) Plaintiff's application contains information that must be redacted.[1] *See* Fed. R. Civ. P. 5.2(a)(c) (stating a filing may only include a minor's initials). It also does not provide the required financial information. The Court therefore strikes her

---

[1] Plaintiff lists her minor dependent's full name. (ECF No. 2, PageID.39.)

application and directs her to resubmit a completed application with her child's initials only.

Under 28 U.S.C. § 1914(a), plaintiffs in a civil action must pay a filing fee. If plaintiffs are unable to pay the filing fee, they must document their financial need by completing and submitting an "Application to Proceed in District Court Without Prepaying Fees or Costs" to the Court. *See* 28 U.S.C. § 1915(a)(1). This is also referred to as proceeding "*in forma pauperis.*" An individual need not be "absolutely destitute to enjoy the benefits" of proceeding *in forma pauperis. Adkins v. E.I. DuPont de Nemours, Inc.*, 335 U.S. 331, 339 (1948). "In determining [*in forma pauperis*] eligibility, courts will generally look to whether the persons are employed, the person's annual salary, and any other property or assets the person may possess." *Cognetto v. Comm'r of Soc. Sec.*, 2014 WL 358465, at *1 (E.D. Mich. Jan. 31, 2014) (internal quotation marks omitted). "Inadequate completion of an application to proceed *in forma pauperis* has been found to be grounds for denial of that application in the Eastern District of Michigan." *Brown v. Berryhill,* No. 17-11577, 2017 WL 2471279, at *2 (E.D. Mich. June 8, 2017).

Plaintiff has not completed the application. Plaintiff does not complete question 3, which asks about income. (ECF No. 2, PageID.38.) She does not state whether she has other income from rent payments, interest, or dividends; pension, annuity, or life insurance payments; disability, or worker's compensation payments; gifts, or inheritances; or any other sources. (*Id.*) In answer to question 7, she must provide only her dependent's initials, her relationship to the dependent, and the amount of monthly support. (*Id.* at PageID.39.) Finally, Plaintiff must provide the amount of debts or financial obligations in answer to question 8. (*Id.*)

The Court strikes Plaintiffs June 12, 2025 application. (ECF No. 2.) As of the date of this order, Plaintiff has not paid the filing fee or filed a completed application to proceed *in forma pauperis*. Accordingly, Plaintiff must file a new application with completed information by **July 1, 2025**.

IT IS SO ORDERED.

Dated: June 17, 2025         s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 17, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

4