## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Asisa Bass,

       Plaintiff,   Case No. 25-11767

v.           Judith E. Levy
            United States District Judge

Trans Union LLC,

           Mag. Judge Curtis Ivy, Jr.

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [23]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court dismiss the case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (ECF No. 23.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court notes that Plaintiff Asisa Bass's failure to file objections further supports Judge Ivy's determination that Plaintiff has abandoned the case.

The Court has carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 23) is ADOPTED;

Defendant's motion to dismiss (ECF No. 18) is DENIED AS MOOT;

and

This case is hereby DISMISSED WITH PREJUDICE.[1]

IT IS SO ORDERED.

Dated: April 1, 2026                    s/Judith E. Levy
Ann Arbor, Michigan                  JUDITH E. LEVY
                                              United States District Judge


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2026.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager

---

[1] By failing to object to the Report and Recommendation, Plaintiff has forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).